**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BENNIE LYNN COOPER** **PLAINTIFF**
***#078316***

**v.** **Case No: 4:26-cv-00607-JM-PSH**

**ANDREA LITTLE, *et al.*** **DEFENDANTS**

## ORDER

Plaintiff Bennie Lynn Cooper filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 17, 2026, while incarcerated at the Central Arkansas Community Corrections Center (Doc. No. 1). In its initial order to Cooper, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address; the Court also notified Cooper that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. *See* Doc. No. 5.

On July 15, 2026, Cooper filed a notice informing the Court that he expected to be released soon and providing a free-world address. *See* Doc. No. 6. On July 27, 2026, the Court entered a text order informing Cooper that it does not record future addresses and directing Cooper to provide notice of his current mailing address by no later than thirty days from the entry of the July 27 text order (Doc. No. 7). He was warned that his failure to provide a current mailing address may cause his complaint to be dismissed. A printed version of the text order was sent to Cooper at his address of record and the free-world address he previously provided. Both copies were returned as undeliverable. *See* Doc. Nos. 8-9.

Cooper has not complied with or otherwise responded to the July 27 order, and the time to do so has passed. Accordingly, the Court finds that this action should be dismissed without

prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore ordered that Cooper's claims are dismissed without prejudice.

DATED this 10th day of September, 2026.

UNITED STATES DISTRICT JUDGE