**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BENNIE LYNN COOPER** **PLAINTIFF**
**#078316**

**v.** **Case No: 4:26-cv-00607-JM**

**ANDREA LITTLE, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of September, 2026.

UNITED STATES DISTRICT JUDGE